IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00077-CR

 

Jamie Eric Delgado,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 54th District Court

McLennan County, Texas

Trial Court No. 2006-1508-C2

 



ORDER SETTING BAIL










 

        We
reversed the conviction in this appeal and remanded the cause to the trial
court.   Delgado has filed a motion to set reasonable bail; no petition for
discretionary review has been filed.  Tex.
Code Crim. Proc. Ann. art.
44.04(h) (Vernon 2006).  The record shows that bail in the trial court was
$10,000.

        The motion is granted.  Bail is set at
$10,000.

PER CURIAM

 

Before Chief Justice Gray,

        Justice Vance, and

        Justice Reyna

        (Chief Justice Gray dissenting)

Bail set

Order issued and filed June 11, 2008

Do not publish






o-bidi-font-weight:
normal'>Gary Mack McDaniel,

                                                                      Appellant

 v.

 

Glenda S. Clark,

                                                                      Appellee

 

 

 



From the 66th District Court

Hill County, Texas

Trial Court # 41,231

 



MEMORANDUM 
Opinion



 








Appellant
has filed a motion to dismiss this appeal “for lack of jurisdiction.”  See Tex.
R. App. P. 42.1(a)(1).  Appellant certifies that Appellee has no
objection to a dismissal.  Accordingly,
the appeal is dismissed.

                                                          PER
CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion issued and filed July
 28, 2004

[CV06]